```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION
```

CHANTELL BROOKS,              )
                              )
            Plaintiff,        )
                              )
    v.                        )    No. 13 C 5871
                              )
CITY OF CHICAGO, et al.,      )
                              )
            Defendants.       )

## MEMORANDUM ORDER

Because of the all-too-frequent noncompliance by counsel with the directive of this District Court's LR 5.2(f) that requires the delivery of a paper copy of new case filings for the assigned judge's use within one business day after filing, this Court initially amended its website to emphasize that requirement. When that step failed its purpose (a failure that is entirely understandable, because the lawyers who consult judicial websites are also those most likely to be aware of and to comply with court rules), this Court was driven to the next step: It adopted a practice of issuing a standard form of memorandum order that specifically called on counsel to comply with LR 5.2(f) and to accompany the required delivery with a $100 check payable to the "Clerk of the District Court."

For that purpose this Court has worked from periodic printouts of the "Civil Cases Report" issued by the Clerk's Office and reflecting cases most recently assigned at random to this Court's calendar, with this short form of memorandum order

being issued only in those cases in which no judge's copy of the initial pleading had been delivered to this Court's chambers. And despite the literal one-business-day requirement of LR 5.2(f), this Court has customarily allowed several days' grace time before issuing such orders. In this instance that added time has elapsed without compliance by defendants' counsel, and it is hereby ordered:

1.  that the missing copy of the Notice of Removal and accompanying documents be delivered to this Court's chambers forthwith and

2.  that such delivery be accompanied by a check for $100 payable to the "Clerk of the District Court" by reason of the LR 5.2(f) violation, a requirement foreshadowed by the opening provision in this Court's website.

_____
Milton I. Shadur
Senior United States District Judge

Date:  September 10, 2013